IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MIKEAL GLENN STINE,

Plaintiff,

v.

[NO NAMED DEFENDANT], '10 - CV - 02694

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 4 - 2010

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION
AND DISMISSING THE ACTION

Plaintiff Mikeal Glenn Stine is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX Florence. Mr. Stine has submitted a Letter addressed to the Honorable Christine M. Arguello. In the Letter, Mr. Stine states that he does not have the time to comply with the restrictions he is subject to pursuant to *Stine v. Lappin, et al.*, No. 07-cv-01839-WYD-KLM at Doc. Nos. 344 and 350 (D. Colo. Sept. 1, 2009). Mr. Stine also asserts he is being denied adequate medical treatment and was subjected to threats by another inmate while he was participating in recreation.

Mr. Stine has been instructed on the procedure he must follow to file an action in this Court. For the Court to consider an action filed by Mr. Stine, he must both comply with the restrictions he is subject to under Case No. 07-cv-01839 and assert violations of his constitutional rights that merit a waiver of the restrictions he is subject to under 28 U.S.C. § 1915(g). Accordingly, it is

2

ORDERED that the Clerk of the Court commence an action and dismiss the action without prejudice for the reasons stated above.

DATED at Denver, Colorado, this 3rd day of November, 2010.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10 – CV – 02694

Mikeal Glenn Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  11/4/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk